IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE, TENNESSEE

| | |
|---|---|
| WARNER/CHAPPELL MUSIC, INC., a Delaware Corporation, WARNER-TAMERLANE PUBLISHING CORP., a California corporation, WB MUSIC CORP., a California corporation, UNICHAPPELL MUSIC INC., a Delaware corporation, RIGHTSONG MUSIC, INC., a Delaware Corporation, COTILLION MUSIC INC., a Delaware Corporation, WALDEN MUSIC INC., a New York corporation and HOUSE OF GOLD MUSIC, INC., d/b/a "WARNER HOUSE OF MUSIC," a Delaware Corporation. | Case No. 3:12-cv-00512 <br><br> Judge Campbell <br><br> Magistrate Judge Brown |
| Plaintiffs, | |
| vs. | |
| BERTRAND MUSIC ENTERPRISES, INC. (d/b/a "BERTRANDMUSIC.COM," "KARAOKEXPRESS.COM," "EXPRESSKARAOKE.COM," "TOTALKARAOKE.COM," "PROSING.NET," "TIMELESSKARAOKE.COM," "OVERNIGHTKARAOKE.COM," "BERTRAND MUSIC," "BERTRAND'S MUSIC MART," "BERTRAND'S MUSIC & SING ALONG," "BERTRAND'S MUSIC & SING ALONG CENTER," "BERTRAND'S CENTRE CITY MUSIC," "JBL DISTRIBUTORS"), KARAOKE INTERNATIONAL, Inc., (d/b/a"TOTAL KARAOKE"), JOHN D. BERTRAND, SR. Individually, JOHN D. BERTRAND, JR., Individually, STELLAR RECORDS, INC. (d/b/a "MGM DISTRIBUTORS"), ATLANTIC DIGITAL & CD REPLICATION, INC. (d/b/a "SING IT NOW! RECORDS"), and THOMAS VIVEIROS, Individually, | JURY DEMAND <br><br> **PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | |

Pursuant to Local Rule 7.02, Plaintiffs, Warner/Chappell Music, Inc., *et al.*, make the following disclosure:

1. Plaintiffs, Warner/Chappell Music, Inc., Warner-Tamerlane Publishing Corp. and WB Music Corp. are all non-governmental corporations whose parent company is WMG Acquisition Corp.; Unichappell Music Inc., Rightsong Music, Inc., Cotillion Music, Inc., Walden Music, Inc. and House of Gold Music, Inc. d/b/a Warner House of Music are all subsidiaries of Warner/Chappell Music, Inc.

2. No publicly held corporation owns 10% or more of Plaintiffs' stock.

Respectfully submitted,

/s Timothy L. Warnock
Timothy L. Warnock (TN BPR #12844)
Howell G. O'Rear (TN BPR#26509)
Riley, Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
615-320-3700
twarnock@rwjplc.com
horear@rwjplc.com

*Attorneys for Plaintiffs,*
*WARNER/CHAPPELL MUSIC, INC., et al.*