# EXPRESS KARAOKE

120 N PACIFIC ST  
SUITE K-2  
SAN MARCOS CA  92069  
USA  
(877) 450-5996

# INVOICE

| INVOICE | DATE |
|---|---|
| 227823 | 07/05/2011 9:20a |
| ACCT | EMPL ID |
| 89579 | NICK |
| TERMS | PO |
| Priority Mail | |

**Sold To:** Seth Martin  
1416 5th Ave.  
Nashville TN  37208  
United States

**Ship To:** Seth Martin  
1416 5th Ave. N.  
Nashville TN  37208

| QTY | SKU# | DESCRIPTION | PRICE EA | TOTAL |
|---|---|---|---|---|
| 1 | ACVPBG34 | ACVPBG34 Bag-34 Bag For Gigstar, Bravo Or Other Player Or Access | 29.99 | 29.99 |
| 1 | MK-58PRO | MK-58PRO WIRED MICS    MK-58PRO | 43.40 | 43.40 |
| 1 | CB4110 | BEATLES VOL 5 | 11.91 | 11.91 |
| 1 | JTG311 | POP CRAZY PARTY | 19.96 | 19.96 |
| 1 | PHM2009 | "Completee2009: Every single Pop, Country and Urban Monthly in one collection!! " | 197.39 | 197.39 |
| 1 | SAVA18 | sava18 | 5.96 | 5.96 |
| 1 | SC2404 | Rocker Chick Hits | 17.96 | 17.96 |
| 1 | SC8868 | HITS OF FAITH HILL - VOL. 1 | 17.62 | 17.62 |
| -1 | SC8868 | HITS OF FAITH HILL - VOL. 1 | -17.62 | -17.62 |

Return 07/07/2011

PHM2009 WILL SHIPDIRECTLY FROM THE MANUFACTURE AND WILL ARRIVE IN A SEPERATE PACKAGE.

EVERYTHING ELSE WILL SHIP FROM OUR LOCATION.

NO REFUNDS - EXCHANGE ONLY  
20% RESTOCKING FEE

Sub Total and Tax reflects original invoice. Balance reflects current invoice.

| | | | |
|---|---|---|---|
| Paypal | 344.19 | SUBTOTAL | 344.19 |
| | | TOTAL | 344.19 |
| | | AMOUNT RECEIVED | 344.19 |
| | | BALANCE | 0.00 |

Pg 1 of 1

Acct: 89579 Ref: 227823

# Karaoke Int

120 N Pacific St
Suite K-2
San Marcos CA  92069
(760) 744-3699

# RETURN

| RETURN | DATE |
|---|---|
| 227899 | 07/07/2011 4:25p |
| ACCT | EMPL ID |
| 89579 | JOHN JR |
|  |  |
|  |  |

Seth Martin
1416 5th Ave.
Nashville TN  37208
United States

| QTY | SKU# | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|---|
| 1 | SC8868 | HITS OF FAITH HILL - VOL. 1 | 17.62 | 17.62 |

Original Invoice: 227823

| | | | |
|---|---|---|---|
| Paypal Return | 17.62 | **SUBTOTAL** | 17.62 |
| | | **TOTAL** | -17.62 |

Pg 1 of 1

227899

# KARAOKE CD+G
## STAR SERIES
### 2404 POP/ROCK
### Rocker Chick Hits

- A Thousand Miles
- All You Wanted
- I'm With You
- Sk8er Boi
- Everywhere
- Ordinary Day
- The Game Of Love
- Complicated (Radio Version)

**Lyric Sheet Included**



## SAV A18

## COUNTRY MUSIC KARAOKE (GRAPHICS)

NuTECH ENTERTAINMENT

1. BLUE
2. FRIENDS IN LOW PLACES
3. ACHY BREAKY HEART
4. CHATAHOOCHIE
5. MOUNTAIN MUSIC
6. GIRL'S I'VE LOVED BEFORE
7. YOU AND I
8. THE DANCE
9. GUITARS, CADILLACS
10. YOUR CHEATIN' HEART
11. IT'S ONLY MAKE BELIEVE
12. HEY GOOD LOOKIN'
13. YOU'RE STILL THE ONE
14. BOOT SCOOTIN' BOOGIE
15. BLACK VELVET



## 2404 Rocker Chick Hits



### STEREO PERFORMANCE TRACKS

1. A THOUSAND MILES — Vanessa Carlton - B
2. ALL YOU WANTED — Michelle Branch - Ab
3. I'M WITH YOU — Avril Lavigne - A
4. SK8ER BOI — Avril Lavigne - F
5. EVERYWHERE — Michelle Branch - Ab
6. ORDINARY DAY — Vanessa Carlton - C
7. THE GAME OF LOVE — Santana & Michelle Branch - D
8. COMPLICATED (RADIO VERSION) — Avril Lavigne - F

### VOCAL DEMONSTRATION TRACKS

9. A THOUSAND MILES (Vocals Right Channel Only)
10. ALL YOU WANTED (Vocals Right Channel Only)
11. I'M WITH YOU (Vocals Right Channel Only)
12. SK8ER BOI (Vocals Right Channel Only)
13. EVERYWHERE (Vocals Right Channel Only)
14. ORDINARY DAY (Vocals Right Channel Only)
15. THE GAME OF LOVE (Vocals Right Channel Only)
16. COMPLICATED (RADIO VERSION) (Vocals Right Channel Only)

When this disc is played in a CD player with graphics capability the lyrics to the song will appear on your TV screen. The lyrics change color in time with the music, so singing along is easy. When using a CD player without graphics capability, only the music portion will be heard.

THESE ARE PROFESSIONAL RE-CREATIONS AND NOT RENDITIONS BY THE ORIGINAL ARTIST

WARNING: USE OF THIS PRE-RECORDED MATERIAL CONTAINED HEREIN IN ANY MANNER FOR THE REPRODUCTION OF RECORDINGS FOR SALE, RENTAL, OR DISTRIBUTION WITHOUT THE PRIOR WRITTEN CONSENT OF THE COPYRIGHT OWNER OF THE RIGHTS THEREIN IS A VIOLATION OF THE U.S. COPYRIGHT LAW AND IS STRICTLY PROHIBITED. UNAUTHORIZED PUBLIC PERFORMANCE, RENTAL OR BROADCAST TRANSMISSION IN PART OR IN WHOLE IS STRICTLY PROHIBITED. ALL RIGHTS RESERVED.

  

PRODUCED AT SOUND SOURCE RECORDING STUDIOS
14100 SOUTH LAKES DRIVE, CHARLOTTE, NC 28273
MADE IN THE U.S.A.

7 29913 24042 5

©2003 Sound Choice Accompaniment Tracks

www.soundchoice.com

---



## KARAOKE SAV A18




1. BLUE - LeAnn Rimes
2. FRIENDS IN LOW PLACES - Garth Brooks
3. ACHY BREAKY HEART - Billy Ray Cyrus
4. CHATAHOOCHIE - Alan Jackson
5. MOUNTAIN MUSIC - Alabama
6. GIRL'S I'VE LOVED BEFORE - Willie Nelson & Julio Iglesias
7. YOU AND I - Crystal Gayle & Eddie Rabbitt
8. THE DANCE - Garth Brooks
9. GUITARS, CADILLACS - Dwight Yoakam
10. YOUR CHEATIN' HEART - Hank Williams
11. IT'S ONLY MAKE BELIEVE - Conway Twitty
12. HEY GOOD LOOKIN' - Hank Williams
13. YOU'RE STILL THE ONE - Shania Twain
14. BOOT SCOOTIN' BOOGIE - Brooks & Dunn
15. BLACK VELVET - Alanna Myles

Songs not sung by original artists.
They are professional re-creations



©2002 NuTech Entertainment. All rights of the producer and of the owner of the work reproduced reserved. Unauthorized copying, lending, public performance and broadcasting of this disc prohibited. Made in TAIWAN

## POP CRAZY PARTY — JTG 311

Crazy In Love
Lights Out • Fighter
Rock Wit You (Awww Baby)
The One • I'm Glad
Can't Hold Us Down
Intuition
Rock Your Body
In Da Club
Where Is The Love
If You're Not The One
Cry Me A River
Why Georgia • Get Busy
Mr. Bartender (It's So Easy)
How You Gonna
Act Like That

**POP CRAZY PARTY!**

JUST TRACKS
Professionally styled background tracks to these hit songs... You're the vocalist!

## KARAOKE 4011C

**The Beatles** Vol. 8
6 + 6 POP

ALL MY LOVING
ALL YOU NEED IS LOVE
PENNY LANE
STRAWBERRY FIELDS FOREVER
THIS BOY (RINGO'S THEME)
WITH A LITTLE HELP FROM MY FRIENDS

CD+Graphics

Chartbuster KARAOKE

## Pop Crazy Party!    JTG311

| # | In the style of | Time | Key |
|---|---|---|---|
| 1 | Crazy In Love — Beyonce (feat. Jay-Z) | 3:59 | Dm |
| 2 | Lights Out — Lisa Marie Presley | 3:44 | D |
| 3 | Fighter — Christina Aguilera | 4:09 | Em |
| 4 | Rock Wit U (Awww Baby) — Ashanti | 3:39 | C |
| 5 | The One — Shakira | 3:43 | Fm |
| 6 | I'm Glad — Jennifer Lopez | 3:46 | Bbm |
| 7 | Can't Hold Us Down — Christina Aguilera (feat. Lil' Kim) | 4:14 | Cm |
| 8 | Intuition — Jewel | 3:50 | Gm |
| 9 | Rock Your Body — Justin Timberlake | 4:37 | Em |
| 10 | In Da Club — 50 Cent | 3:49 | Dbm |
| 11 | Where Is The Love — Black Eyed Peas | 3:54 | F |
| 12 | If You're Not The One — Daniel Bedingfield | 4:18 | Bb |
| 13 | Cry Me A River — Justin Timberlake | 3:43 | Abm |
| 14 | Why Georgia — John Mayer | 4:20 | G |
| 15 | Get Busy — Sean Paul | 3:45 | Fm |
| 16 | Mr. Bartender (It's So Easy) — Sugar Ray | 3:13 | Am |
| 17 | How You Gonna Act Like That — Tyrese | 4:52 | F# |

This Disc is compatible with all CD and CD+G players. These are new performances of these songs and not renditions by the original artists. Yes, it is possible to make your own CD recordings using the tracks on this recording. Write to Pocket Songs License Division for full details. These tracks are the exclusive property of Pocket Songs. Their use on CDs, Radio, TV, etc. requires a license from the company. Write to: License Division, Pocket Songs, 50 Executive Blvd., Elmsford, NY 10523-1325 for information regarding fees for personal recordings, or see www.pocketsongs.com for License details. Email us at: info@mmogroup.com. WARNING: Unauthorized duplication of this compact disc is a violation of Federal Law. © Pocket Songs 2003 a registered trademark of the MMO Music Group Inc. Visit our website for latest release information: www.pocketsongs.com

0 77712 80311 3

---



## KARAOKE — In The Style Of The Beatles Vol. 5
### Guide Vocals — Performance Tracks

1. ALL MY LOVING (E)
2. ALL YOU NEED IS LOVE (G)
3. PENNY LANE (C)
4. STRAWBERRY FIELDS FOREVER (A)
5. THIS BOY (RINGO'S THEME) (D)
6. WITH A LITTLE HELP FROM MY FRIENDS (F)
7.
8.
9.
10.
11.
12.

Six plus Six    ALL RIGHTS RESERVED. USED BY PERMISSION.    www.chartbusterkaraoke.com

Chartbuster Guarantee: 100% GUARANTEED if for any reason CD+G is damaged, scratched or broken, at any time, please return it for direct replacement and only pay for shipping and handling.

JOHN BERTRAND JR.
(760) 744-3699
KARAOKE INTERNATIONAL IN
SUITE K-2
120 N PACIFIC ST
SAN MARCOS CA 92069

9 LBS      1 OF 1

SHIP (615) 260-6050
TO: SETH MARTIN
1416 5TH AVE N
NASHVILLE TN 37208-2728

TN 3719-01


