# TOTAL KARAOKE

120 N PACIFIC ST
SUITE K-2
SAN MARCOS CA  92069
USA
(877) 864-6651

# INVOICE

| INVOICE | DATE |
|---|---|
| 235957 | 02/23/2012 9:11a |
| **ACCT** | **EMPL ID** |
| 89579 | NICK |
| **TERMS** | **PO** |
| UPS Ground Ins | |

**Sold To:** Seth Martin
1416 5th Ave N
Nashville TN  37208
UNITED STATES

| QTY | SKU# | DESCRIPTION | PRICE EA | TOTAL |
|---|---|---|---|---|
| 1 | ASP5204 | ASP5204 5" 2-WAY SPEAKER, WHITE SOLD BY PAIR ONLY | 114.29 | 114.29 |
| 1 | MK-58PRO | MK-58PRO WIRED MICS          MK-58PRO | 27.30 | 27.30 |
| 1 | AKS1001 | Gretchen Wilson | 9.95 | 9.95 |
| 1 | BH304 | Male Country 2004 Vol 1 | 16.19 | 16.19 |
| 1 | BS8717 | THE BEE GEES | 4.96 | 4.96 |
| 1 | BS9017 | EAGLES | 4.96 | 4.96 |
| 1 | DVSK9507 | Country Male Hits | 16.97 | 16.97 |
| 1 | JTG311 | POP CRAZY PARTY | 19.96 | 19.96 |
| 1 | KB50 | EXITOS LATINOS XXI | 24.67 | 24.67 |
| 1 | LEG210 | James Brown | 15.47 | 15.47 |
| 1 | PHM0301 | Pop Hits January, 2003 | 17.90 | 17.90 |
| 1 | PHM1008 | POP AUGUST 2010 | 15.43 | 15.43 |
| 1 | PHMU1008 | URAN AUGUST 2010 | 15.43 | 15.43 |
| 1 | PHN1008 | COUNTRY AUGUST 2010 | 15.43 | 15.43 |
| 1 | PSG1035 | MADONNA | 17.96 | 17.96 |
| 1 | PSG1366 | HALL & OATES, KC & THE SUNSHINE BAND | 17.96 | 17.96 |
| 1 | SAVA18 | sava18 | 5.96 | 5.96 |
| 1 | SF925 | Most Wanted 925 | 19.96 | 19.96 |
| 1 | SFGD010 | MADONNA | 19.86 | 19.86 |
| 1 | ZMPKP2 | ZOOM Pop Pack Vol 2 (2 Discs) | 26.96 | 26.96 |

ASP5204 WILL SHIP DIRECTLY FROM THE MANUFACTURE

NO REFUNDS - EXCHANGE ONLY
20% RESTOCKING FEE

| Paypal WEBORDER | 427.57 | SUBTOTAL | 427.57 |
|---|---|---|---|
| | | TOTAL | 427.57 |
| | | AMOUNT RECEIVED | 427.57 |
| | | BALANCE | 0.00 |

Pg 1 of 1                                         Acct: 89579 Ref: 235957

# EXPRESS KARAOKE

120 N PACIFIC ST
SUITE K-2
SAN MARCOS CA  92069
USA
(877) 450-5996

# RETURN

| RETURN REF | DATE |
|------------|------|
| 236010 | 02/24/2012 2:35p |
| **ACCT** | **EMPL ID** |
| 89579 | NICK |
| | **PO** |
| | |

Seth Martin
1416 5th Ave N
Nashville TN  37208
UNITED STATES

| QTY | SKU# | DESCRIPTION | PRICE | TOTAL |
|-----|------|-------------|-------|-------|
| 1 | ASP5204 | ASP5204 5" 2-WAY SPEAKER, WHITE | 114.29 | 114.29 |
| | | SOLD BY PAIR ONLY | | |

Original Invoice: 235957

OUR APOLOGIES! AU-ASP5204 IS NO LONGER AVAIALBLE. WE HAVDE REFUNDED YOU THE FULL AMOUNT
OF $114.29. THANK YOU.

| | | | |
|---|---|---|---|
| Paypal Return | 114.29 | **SUBTOTAL** | 114.29 |
| | | | |
| | | **TOTAL** | -114.29 |
| | | **BALANCE** | 0.00 |

236010

PS.com.®

ig to liability and other terms and/or conditions established by the Convention for the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology Regulations. Diversion contrary to U.S. law prohibited.

This box is for use with the following services:

UPS Next Day Air®
UPS Worldwide Express℠
UPS 2nd Day Air®
UPS Worldwide Expedited℠

Do not use this box for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select℠**

Apply shipping documents here.

JOHN BERTRAND JR.
(760) 744-3699
KARAOKE INTERNATIONAL IN
SUITE K62
120 N PACIFIC ST
SAN MARCOS CA 92069

SHIP
TO:
SETH MARTIN
1416 5TH AVE N
NASHVILLE TN 37208-2728

UPS GROUND

TRACKING #: 1Z 3XW 442 03 0010 9190

6 LBS          1 OF 1

**TN 371 9-02**

BILLING: P/P

PKID:23595/ SHIP DT:02/27/12 Wgt 6lbs

ASC 0840  DXX/1E03 21.5V 10/2011



SETH MARTIN
1416 5TH AVE N

NASHVILLE TN 37208-2728

P: WHITE   S: BW2       I: SOU

ONEA - 7966

1Z3XW442030010 9190

LMISUCD
YS 3728   HIP 11.1.3    MAR 02 04:16:45 2012
THUM1961              ZEBRAZH400

0101951060S  08/06   United Parcel Service, Louis

 90% Post-Consumer



7 85656 10001 3

# HERE FOR THE PARTY

## K·A·R·A·O·K·E

1. HERE FOR THE PARTY
2. REDNECK WOMAN
3. WHEN I THINK ABOUT CHEATIN'
4. HOMEWRECKER
5. HOLDIN' YOU
6. CHARIOT
7. WHAT HAPPENED
8. WHEN IT RAINS
9. THE BED
10. POCAHONTAS PROUD



# HERE FOR THE PARTY

## K·A·R·A·O·K·E

1. HERE FOR THE PARTY
2. REDNECK WOMAN
3. WHEN I THINK ABOUT CHEATIN'
4. HOMEWRECKER
5. HOLDIN' YOU
6. CHARIOT
7. WHAT HAPPENED
8. WHEN IT RAINS
9. THE BED
10. POCAHONTAS PROUD

CD+G ON SCREEN LYRICS

Sing With Gretchen Wilson



## NOW PLAYING

| # | Title | # | Title |
|---|-------|---|-------|
| 1 | TOO MUCH OF A GOOD THING — Alan Jackson | 9 | YOU CAN'T TAKE THE HONKY TONK... — Brooks & Dunn |
| 2 | LIVE LIKE YOU WERE DYING — Tim McGraw | 10 | THAT'S WHAT SHE GETS FOR... — Brooks & Dunn |
| 3 | SAVE A HORSE, RIDE A COWBOY — Big & Rich | 11 | I GOT A FEELIN' — Billy Currington |
| 4 | WHEN THE SUN GOES DOWN — Kenny Chesney/Uncle Kracker | 12 | LOCO — David Lee Murphy |
| 5 | I GO BACK — Kenny Chesney | 13 | I WANT TO LIVE — Josh Gracin |
| 6 | WHISKEY GIRL — Toby Keith | 14 | IF YOU EVER STOP LOVING ME — Montgomery Gentry |
| 7 | LETTERS FROM HOME — John Michael Montgomery | 15 | LET'S BE US AGAIN — Lonestar |
| 8 | MAYBERRY — Rascal Flatts | 16 | I CAN'T SLEEP — Clay Walker |

CD+G KARAOKE · BHK-304

All tracks are the sole reproduction of the recorded artists or band recordings.



BIG HITZ KARAOKE

**MALE COUNTRY 2004**
**VOL. 1**

BHK-304

INSTRUMENTAL TRACKS
NO GUIDE VOCALS

ON SCREEN LYRICS



# SINGER'S DREAM KARAOKE

**DVD KARAOKE** – Each song can be played with guide (*practice*) vocals, or just background music tracks, so you're the star! When the DVD is played, the song lyrics will appear on your TV screen, highlighted in time to the music.

**Perfect for practice, performances, parties and more!**

| # | | In the style of | Key | Time |
|---|---|---|---|---|
| 1 | Some Beach | Blake Shelton | C | 3:32 |
| 2 | Back When | Tim McGraw | G | 4:37 |
| 3 | Let's Be Us Again | Lonestar | F# | 3:54 |
| 4 | Nothing On But The Radio | Gary Allan | A | 3:33 |
| 5 | Monday Morning Church | Alan Jackson | E | 3:22 |
| 6 | Live Like You Were Dying | Tim McGraw | G-A | 4:18 |
| 7 | Holy Water | Big & Rich | C | 4:03 |
| 8 | Nothin' To Lose | Josh Gracin | C | 2:37 |
| 9 | Let Them Be Little | Billy Dean | Db | 3:44 |
| 10 | Alcohol | Brad Paisley | B | 4:07 |

These are new performances of these songs and not renditions by the original artists.

© 2005 Singer's Dream Karaoke. All rights reserved.
Singer's Dream Karaoke is a division of Pocket Songs Karaoke, 50 Executive Blvd, Elmsford, NY 10523. Unauthorized duplication of this recording is prohibited by Federal Law.

SDK DVD 9507

---

# SINGER'S DREAM KARAOKE

**10+10 DVD**

## Country Male Hits

Some Beach *style of Blake Shelton*

Back When *style of Tim McGraw*

Let's Be Us Again *style of Lonestar*

Nothing On But The Radio *style of Gary Allan*

Monday Morning Church *style of Alan Jackson*

Live Like You Were Dying *style of Tim McGraw*

Holy Water *style of Big & Rich*

Nothin' To Lose *style of Josh Gracin*

Let Them Be Little *style of Billy Dean*

Alcohol *style of Brad Paisley*

SDK DVD 9507

**Works In All DVD Players • Lyric book enclosed**

These are new performances of these songs and not renditions by the original artists.








## Complete 2009 Collection in MP3+G, CD+G and *CAVS

*Available now!*

2009 Complete Quality Collection

### Pop, Country and Urban

Every Pop Hits Monthly Release from 2009.
All 12 months!

MSRP: $269.95!

Includes 324 songs of Pop, Urban and Country. Also, 324 versions with the practice lead vocal in multiplex for a total of 648 tracks! Take your pick of format: CD+G, MP3+G or CAVS. All song and artist names are imbedded in MP3+G and CAVS for easy filing.

Since all products ship on physical CDs, you will always have a hard copy on file.

www.PopHitsMonthly.com

2008 Collection reduced!

MSRP: $219.95!

*CAVS Super CDG (SCDG) works on ALL CAVS MJukeboxes including JB199/99 as an updated...

Warning: All rights reserved. Unauthorized duplication is a violation of applicable laws.

8 02254 10087 3



## KARAOKE POP

*with On Screen... lyrics*

AUGUST 2010
VOL 21016-8

CD+G FORMAT

Pop Hits Monthly
POWERED BY

Available in CD+G, MP3+G & CAVS
(J890/JB199 & Super CD+G)

produced by Sing it NOW

MPX MINUS with lead vocal Tracks 10 thru 18

| # | Song Title | (versions sung as popularized by) |
|---|---|---|
| | Song Title | |
| 1. | My First Kiss | 30H!3 feat Ke$ha |
| 2. | Gettin' Over You | David Guetta & Chris Willis for People & LMFAO |
| 3. | You Look Better When I'm Drunk | The White Tie Affair |
| 4. | If I Had You | Adam Lambert |
| 5. | Animal | Neon Trees |
| 6. | Up To The Mountain | Crystal Bowersox |
| 7. | September | Daughtry |
| 8. | We Are One | 12 Stones |
| 9. | It's Gonna Be | Mandi Sparez |

*MPX means our vocal has reference only, and does not pretend to in any way approve our actual recordings.





The Songs of the

# Eagles

Not Performed by Original Artist

1. BEST OF MY LOVE · 4:22
   Written by D. Henley, G. Frey, J.D. Souther
   W. B. Music Corp, Kicking Bear Music (ASCAP)

2. GET OVER IT · 3:24
   Written by D. Henley, G. Frey
   Wisteria Music, Red Cloud Music (ASCAP)

3. HEARTACHE TONIGHT · 4:22
   Written by D. Henley, G. Frey, B. Seger, J.D. Souther
   Cass County Music, Red Cloud Music, Gear Publishing Co., Ice Age Music (ASCAP)

4. HOTEL CALIFORNIA · 6:26
   Written by D. Henley, G. Frey, D. Felder
   Fingers Music, Cass County Music, Red Cloud Music (ASCAP)

5. THE LONG RUN · 3:31
   Written by D. Henley, G. Frey
   Cass County Music, Red Cloud Music (ASCAP)

6. LYIN' EYES · 6:16
   Written by D. Henley, G. Frey
   W. B. Music Corp, Kicking Bear Music (ASCAP)

7. NEW KID IN TOWN · 4:43
   Written by D. Henley, G. Frey, J.D. Souther
   Ice Age Music (ASCAP)

8. ONE OF THESE NIGHTS · 4:37
   Written by D. Henley, G. Frey
   W. B. Music Corp, Kicking Bear Music (ASCAP)

9. TAKE IT EASY · 3:24
   Written by J. Browne, G. Frey
   W. B. Music (BMI)

10. TAKE IT TO THE LIMIT · 4:21
    Written by D. Henley, G. Frey, R. Meisner
    W. B. Music Corp, Kicking Bear Music (ASCAP)

11. LIFE IN THE FAST LANE · 4:41
    Written by D. Henley, G. Frey, J. Walsh
    Cass County Music, Red Cloud Music, Wow & Flutter Music (ASCAP)

12. DESPERADO · 3:30
    Written by D. Henley, G. Frey
    Cass County Music, Red Cloud Music (ASCAP)

13. VICTIM OF LOVE · 4:07
    Written by D. Henley, G. Frey, D. Felder, J.D. Souther
    Fingers Music, Ice Age Music, Red Cloud Music, Cass County Music (ASCAP)

14. I CAN'T TELL YOU WHY · 4:47
    Written by D. Henley, G. Frey, T. Schmit
    Jeddrah Music, Cass County Music, Red Cloud Music (ASCAP)

15. PEACEFUL, EASY FEELING · 4:15
    Written by J. Tempchin
    Jazzbird Music, W. B. Music Corp (ASCAP)

16. WITCHY WOMAN · 4:09
    Written by D. Henley, B. Leadon
    W. B. Music Corp, Kicking Bear Music (ASCAP)

17. SEVEN BRIDGES ROAD · 2:50
    Written by S. Young
    Irving Music, Inc. (BMI)

MADE IN TAIWAN

KARAOKE

---

9017

## BACKSTAGE
### KARAOKE

The Songs of the

# Eagles

Not Performed by Original Artist

Best Of My Love
Get Over It
Heartache Tonight
Hotel California
The Long Run
Lyin' Eyes
New Kid In Town
One Of These Nights
Take It Easy
Take It To The Limit
Life In The Fast Lane
Desperado
Victim Of Love
I Can't Tell You Why
Peaceful, Easy Feeling
Witchy Woman
Seven Bridges Road







Pocket Songs

PS CDG 1386

YOU SING THE HITS OF
**HALL & OATES**
**K.C. & THE SUNSHINE BAND**

Complete Versions Upon Request/Vocals To remove singer, turn down one channel. **Extra Lyric Tracks:** Without Vocals. **Lyric Booklet Enclosed.** These songs are not recorded by the original artists.

The CDs is compatible with all CDG and CD+G players.

| | Removable Guide Vocals | in the style of | Key |
|---|---|---|---|
| 1 | Everything Your Heart Desires | Hall & Oates | Bb |
| 2 | Kiss On My List | Hall & Oates | C |
| 3 | Rich Girl | Hall & Oates | F |
| 4 | Sara Smile | Hall & Oates | F |
| 5 | You've Lost That Lovin' Feelin' | Hall & Oates | Dm |
| 6 | Get Down Tonight | K.C. & Sunshine | D |
| 7 | I'm Your Boogie Man | K.C. & Sunshine | P |
| 8 | Please Don't Go | K.C. & Sunshine | Gm |
| 9 | (Shake, Shake, Shake) | K.C. & Sunshine | C# |
| 10 | That's The Way I Like It | K.C. & Sunshine | Cm |

| | Stereo Backing Trax Tracks | in the style of | Key |
|---|---|---|---|
| 11 | Everything Your Heart Desires | Hall & Oates | Cm |
| 12 | Kiss On My List | Hall & Oates | Cm |
| 13 | Rich Girl | Hall & Oates | Bb |
| 14 | Sara Smile | Hall & Oates | C |
| 15 | You've Lost That Lovin' Feelin' | Hall & Oates | Dm |
| 16 | Get Down Tonight | K.C. & Sunshine | D |
| 17 | I'm Your Boogie Man | K.C. & Sunshine | P |
| 18 | Please Don't Go | K.C. & Sunshine | Gm |
| 19 | (Shake, Shake, Shake) | K.C. & Sunshine | C# |
| | Shake Your Booty | | |
| 20 | That's The Way I Like It | K.C. & Sunshine | Cm |



LYRICS ENCLOSED

Pocket Songs YOU SING THE HITS OF
**HALL & OATES**
**K.C. & THE SUNSHINE BAND**

Non-Graphic
1386





## YOU SING THE HITS OF MADONNA

**Songs with Guide Vocal on the Right Channel**

|   | | Key | Time |
|---|---|---|---|
| 1 | Who's That Girl | G | 3:28 |
| 2 | Material Girl | G | 4:05 |
| 3 | Like A Virgin | C | 3:11 |
| 4 | Oh, Father | G | 4:40 |
| 5 | Express Yourself | G | 4:53 |
| 6 | Cherish | D | 3:56 |
| 7 | Live To Tell | Dm | 4:34 |
| 8 | Papa Don't Preach | Fm | 3:44 |

*C = Middle C on the piano

**Background Tracks**

| 9 | Who's That Girl | G | 3:28 |
|---|---|---|---|
| 10 | Material Girl | G | 4:05 |
| 11 | Like A Virgin | C | 3:11 |
| 12 | Oh, Father | G | 4:40 |
| 13 | Express Yourself | G | 4:53 |
| 14 | Cherish | D | 3:56 |
| 15 | Live To Tell | Dm | 4:34 |
| 16 | Papa Don't Preach | Fm | 3:44 |

Complete Version: With Removable Vocals. To remove singer, turn down right channel. Background Tracks: Without Vocals. Lyric book enclosed. These are new performances of these songs and not conditions by the original artist. This disc is compatible in both CD and CDG format. These Background tracks are the property of the MMO Music Group, Inc. Their use in commercial settings requires a special license from the company. Video license required for broadcast. Pocket Songs, for questions from the television radio, recording studios and books may be obtained by writing to the above address. WARNING: Unauthorized duplication of this pocket song tape is a violation of Federal Law.

MMO Music Group, Inc.
50 Executive Boulevard
Elmsford, New York 10523-1325






# KARAOKE
## SAV A18

1. BLUE - LeAnn Rimes
2. FRIENDS IN LOW PLACES - Garth Brooks
3. ACHY BREAKY HEART - Billy Ray Cyrus
4. CHATAHOOCHIE - Alan Jackson
5. MOUNTAIN MUSIC - Alabama
6. GIRLS I'VE LOVED BEFORE - Willie Nelson & Julio Iglesias
7. YOU AND I - Crystal Gayle & Eddie Rabbit

8. THE DANCE - Garth Brooks
9. GUITARS, CADILLACS - Dwight Yoakam
10. YOUR CHEATIN' HEART - Hank Williams
11. IT'S ONLY MAKE BELIEVE - Conway Twitty
12. HEY GOOD LOOKIN' - Hank Williams
13. YOU'RE STILL THE ONE - Shania Twain
14. BOOT SCOOTIN' BOOGIE - Brooks & Dunn
15. BLACK VELVET - Alanna Myles

Songs not sung by original artists.
They are professional re-creations.

©2002 HaiTech Entertainment. All rights of the producer and of the owner of the work reproduced reserved. Unauthorized copying, lending, public performance and broadcasting of this disc prohibited. Made in TAIWAN





## COUNTRY MUSIC
## KARAOKE
GRAPHICS

## SAV A18

1. BLUE
2. FRIENDS IN LOW PLACES
3. ACHY BREAKY HEART
4. CHATAHOOCHIE
5. MOUNTAIN MUSIC
6. GIRLS I'VE LOVED BEFORE
7. YOU AND I
8. THE DANCE
9. GUITARS, CADILLACS
10. YOUR CHEATIN' HEART
11. IT'S ONLY MAKE BELIEVE
12. HEY GOOD LOOKIN'
13. YOU'RE STILL THE ONE
14. BOOT SCOOTIN' BOOGIE
15. BLACK VELVET




The Songs of
## The Bee Gees
Not Performed by Original Artist

1. DON'T FORGET TO REMEMBER – 3:20
   Written by Barry Gibb, Robin Gibb
   Casserole Music, Inc. (BMI)

2. HOW DEEP IS YOUR LOVE? – 3:32
   Written by Barry Gibb, Robin Gibb, Maurice Gibb
   Gibb Brothers Music admin by (Unichappell Music) (BMI)

3. I'VE GOTTA GET A MESSAGE TO YOU – 3:02
   Written by Barry Gibb and Robin Gibb
   Nemperor Music (BMI)

4. MASSACHUSETTS – 2:18
   Written by Barry Gibb, Robin Gibb, Maurice Gibb
   Nemperor Music (BMI)

5. NEW YORK MINING DISASTER 1941 – 2:08
   Written by Barry Gibb and Robin Gibb
   Casserole Music Inc. (BMI)

6. NIGHT FEVER – 3:33
   Written by Barry Gibb, Robin Gibb, Maurice Gibb
   Gibb Brothers Music (Unichappell Music, admin.) (BMI)

7. NIGHTS ON BROADWAY – 4:31
   Written by Barry Gibb, Robin Gibb, Maurice Gibb
   Casserole Music, Inc., Flamm Music Inc. (Unichappell Music, admin.) (BMI)

8. STAYIN' ALIVE – 4:43
   Written by Barry Gibb, Robin Gibb, Maurice Gibb
   Gibb Brothers Music (Unichappell Music, admin.) (BMI)

9. TO LOVE SOMEBODY – 3:13
   Written by Barry Gibb and Robin Gibb
   Casserole Music Inc. (Unichappell Music, Inc., admin.) (BMI)

10. YOU SHOULD BE DANCING – 4:16
    Written by Barry Gibb, Robin Gibb, Maurice Gibb
    Gibb Brothers Music (Unichappell Music, admin.) (BMI)

11. YOU WIN AGAIN – 3:47
    Written by Barry Gibb, Robin Gibb, Maurice Gibb
    Casserole Music, Inc. (BMI)

12. JIVE TALKIN' – 3:32

13. I STARTED A JOKE – 3:05
    Written by Barry Gibb and Robin Gibb
    Casserole Music, Inc., Abigail Music (BMI)

14. LONELY DAYS – 3:45
    Written by Barry Gibb, Robin Gibb, Maurice Gibb
    Casserole Music, Inc. (BMI)

15. HOW CAN YOU MEND A
    BROKEN HEART? – 3:55
    Written by Barry Gibb and Robin Gibb
    Casserole Music, Inc. (BMI)

16. BOOGIE CHILD – 3:30
    Written by Barry Gibb, Robin Gibb, Maurice Gibb
    Gibb Brothers Music (Unichappell Music, admin.) (BMI)

17. LOVE SO RIGHT – 3:20
    Written by Barry Gibb, Robin Gibb, Maurice Gibb
    Gibb Brothers Music (Unichappell Music, admin.) (BMI)

BACKSTAGE KARAOKE

MADE IN TAIWAN



BACKSTAGE
K A R A O K E
8717

The Songs of
The Bee Gees
Not Performed by Original Artist

Don't Forget To Remember
How Deep Is Your Love
I've Gotta Get A Message To You
Massachusetts
New York Mining Disaster 1941
Night Fever
Nights On Broadway
Stayin' Alive
To Love Somebody
You Should Be Dancing
You Win Again
Jive Talkin'
I Started A Joke
Lonely Days
How Can You Mend A Broken Heart
Boogie Child
Love So Right



# karaoke

## éxitos latinos XXI

| | | |
|---|---|---|
| Ave María | **1** | En la versión de David Bisbal |
| Tal vez | **2** | En la versión de Andy Martín |
| Caraluna | **3** | En la versión de Beatles |
| A gritos de esperanza | **4** | En la versión de Alex Ubago |
| La bamba | **5** | En la versión de los Lobos |
| Por amor | **6** | En la versión de Eduardo G. Galán |
| No tengo dinero | **7** | En la versión de Alberto Gimenez |
| Dígale | **8** | En la versión de David Bisbal |
| Gata salvaje | **9** | En la versión de Pablo Montero |
| Amame | **10** | En la versión de Alexander Pires |
| Las vías del amor | **11** | En la versión de Alexander Pires |
| La bailadora | **12** | En la versión de El General |
| *Caraluna | **13** | |
| *Por amor | **14** | |
| Dígale | **15** | |
| *No tengo dinero | **16** | |
| Gata salvaje | **17** | |
| *Amame | **18** | |

KARAOKE BOX
Paseo de Tal... Sur No. 120
Paseo de Troquería C.P. 64210
Tel. (52) 83 70... / Fax. (52)81 68 42
Tel. (52) 29 52 79 / Fax. (52)29 52 79 54
e-mail: info@karaokesound.com
www.karaokesound.com

6 96933 11250 3



# karaoke

## éxitos latinos XXI

**Contiene los hits**

• **Tal vez**
• **Caraluna**
• **No tengo dinero**
y más...

volumen **50**

CD-GRAPHICS



**www.StellarRecords.com**

**stellar records**®

**The new wave in karaoke!**

Stellar Records is redefining how karaoke music is used with innovative design, advanced technology and state-of-the-art engineering. It's no wonder we are the leader in quality karaoke music products.

**Sound Choice Karaoke**

**Pop Hits MONTHLY**

**AMERICAN Gold KARAOKE**

Look for our Pop Hits Monthly selections of...
POP URBAN **ROCK** COUNTRY **and MORE!**



**POP**

**JAN 03**
**VOL 0301-P**

1. Girl Talk — TLC
2. Die Another Day — Madonna
3. Come Into My World — Kylie Minogue
4. These Are The Days — O-Town
5. Don't Mess With My Man (2002 Mix) — Nivea feat. Jagged Edge
6. Jenny From The Block — Jennifer Lopez
7. What's Your Flava — Craig David
8. The Ketchup Song — Las Ketchup
9. Picture — Kid Rock/Sheryl Crow

**Multiplex Tracks**
with lead vocal
Tracks 10 thru 18

**Pop Hits MONTHLY**
CONTEMPORARY HIT RADIO
KARAOKE
On-Screen Lyrics

produced by **Stellar Records**

CD+G
HOT TRAX

Songs are not performed by the original artists.

# Sunfly Gold Series

| # | Track | Credits |
|---|-------|---------|
| 1 | Impressive Instant | Ahmstay/Webo — Warner Chappell — In the style of Madonna |
| 2 | Music | Ahmstay/Dajcore — Warner Chappell — In the style of Madonna |
| 3 | Borderline | Lispo — EMI Music — In the style of Madonna |
| 4 | Ray Of Light | Madonna/EMI — Warner Chappell — In the style of Madonna |
| 5 | Holiday | Stevens/Hudson — Warner Chappell — In the style of Madonna |
| 6 | Frozen | Warner Chappell — In the style of Madonna |
| 7 | Don't Cry For Me Argentina | Warner Chappell — In the style of Madonna |
| 8 | True Blue | Warner Chappell/Island Music — In the style of Madonna |
| 9 | Deeper And Deeper | Warner Chappell/International Music Network — In the style of Madonna |
| 10 | The Power Of Goodbye | Warner Chappell/International Music Network — In the style of Madonna |
| 11 | Don't Tell Me | Warner/EMI Music — In the style of Madonna |
| 12 | Drowned World/Substitute For Love | Warner Chappell/Kerdan Music/Ganyan Group/Arita Kerr — In the style of Madonna |
| 13 | This Used To Be My Playground | Warner Chappell — In the style of Madonna |
| 14 | What It Feels Like For A Girl | Warner Chappell — In the style of Madonna |
| 15 | Beautiful Stranger | Warner/Orbit — In the style of Madonna |

THE RECORDINGS CONTAINED HEREIN ARE BY THE ORIGINAL ARTISTS RECORDED AND ARE OFFICIALLY RECORDED FOR SUNFLY KARAOKE.
TEL: +44 (0) 208 900 9355    www.sunflykaraoke.com
© SUNFLY MEDIA LTD

All rights of the manufacturer and the owner of the recorded work reserved. Unauthorised public performance, broadcasting and copying of this recording prohibited.



GD-010

# Sunfly

15 karaoke tracks in the style of

## Madonna

# Gold Series



# James Brown

**Legends -SERIES- VOL. 210**

1. **IT'S A MAN'S MAN'S WORLD**
   In The Style Of James Brown
2. **SEX MACHINE**
   In The Style Of James Brown
3. **SUPER BAD**
   In The Style Of James Brown
4. **I GOT THE FEELING**
   In The Style Of James Brown
5. **GET UP OFFA THAT THING**
   In The Style Of James Brown
6. **PRISONER OF LOVE**
   In The Style Of James Brown
7. **HOT PANTS**
   In The Style Of James Brown
8. **PAPA'S GOT A BRAND NEW BAG**
   In The Style Of James Brown
9. **SAY IT LOUD (I'M BLACK AND I'M PROUD)**
   In The Style Of James Brown
10. **COLD SWEAT**
    In The Style Of James Brown
11. **BEWILDERED**
    In The Style Of James Brown
12. **MOTHER POPCORN**
    In The Style Of James Brown
13. **LICKING STICK**
    In The Style Of James Brown
14. **LIVIN' IN AMERICA**
    In The Style Of James Brown
15. **PLEASE PLEASE PLEASE**
    In The Style Of James Brown
16. **I GOT YOU (I FEEL GOOD)**
    In The Style Of James Brown



# James Brown

IT'S A MAN'S MAN'S WORLD
SEX MACHINE
SUPER BAD
I GOT THE FEELING
GET UP OFFA THAT THING
PRISONER OF LOVE
HOT PANTS
PAPA'S GOT A BRAND NEW BAG
SAY IT LOUD
(I'M BLACK AND I'M PROUD)
COLD SWEAT
BEWILDERED
MOTHER POPCORN
LICKING STICK
LIVIN' IN AMERICA
PLEASE PLEASE PLEASE
I GOT YOU (I FEEL GOOD)

**VOLUME 210**

**Legends -SERIES-**