UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WARNER/CHAPPELL MUSIC, INC., )
*et al.*, )
 )
    Plaintiff )
 ) No. 3:12-0512
v. ) Judge Campbell/Brown
 ) **Jury Demand**
BERTRAND MUSIC ENTERPRISE, INC., )
*et al.*, )
 )
    Defendants )

### O R D E R

A telephone conference was held with the parties on April 15, 2013. The parties advised they had send out written discovery and were in the process of returning appropriate responses. The parties advised that they were in the process of scheduling private mediation in this matter and wished to do so before expending significant sums on depositions.

At the request of the parties the discovery deadline set in Docket Entry 38 is extended until **August 16, 2013**. The parties advised that they thought it not likely they would use experts in this matter. If the parties believe that changes to the expert discovery deadlines will be necessary they may submit an agreed order with the new dates. The remaining deadlines as to dispositive motions and trial dates remain unchanged.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge