**The Harry Fox Agency Inc.**
A SUBSIDIARY OF NATIONAL MUSIC PUBLISHERS' ASSOCIATION, INC.

40 Wall Street
6th Floor   P 212-834-0100  www.HarryFox.com
New York, NY 10005   F 212-953-2384   publisherservices@harryfox.com

TO: STELLAR RECORDS
    ATTN: DONNA MELO
    7 OREGON STREET
    FALL RIVER, MA 02720

LICENSE NO. 118-732-1936
November 23, 2013
TRX.NO. 96249561

Refer to provisions hereof reproduced in (E) varying terms of compulsory license provision of Copyright Act.
The following is supplementary thereto:

A. SONG CODE: X93601
   TITLE: 23
   A.K.A: TWENTY THREE

WRITERS: CAMERON JIBRIL THOMAZ, MICHAEL LEN WILLIAMS, PIERRE RAMON SLAUGHTER, JORDAN HOUSTON, THERON MAKIEL THOMAS, TIMOTHY JAMAHLI THOMAS, MILEY CYRUS

B. INCOME PARTICIPANT(S):

| | |
|---|---|
| UNIVERSAL MUSIC CORP. | 15% |
| UNIVERSAL MUSIC CORP. OBO T.N.T. EXPLOSIVE PUBL. | 15% |
| WARNER-TAMERLANE PUB CORP. OBO WIZ KHALIFA PUB | 15% |
| WARNER-TAMERLANE PUB CORP. OBO EARDRUMMERS MUSIC PUB LLC | 25% |
| WB MUSIC CORP OBO SOUNDS FROM EARDRUMMERS LLC | 25% |
| SONGS OF UNIVERSAL, INC. OBO SUGA BEAR RECORDZ PUBLISHING | 5% |

C. RECORD NO.: (CD) US-7ZR-14-05508

   ARTIST: STELLA AND FRIENDS

PAGE: 1


*1187321936*

**EXHIBIT 3**

WCM 004791

Case 3:12-cv-00512   Document 100-3   Filed 10/01/14   Page 1 of 3 PageID #: 986

 **The Harry Fox Agency Inc.**
A SUBSIDIARY OF NATIONAL MUSIC PUBLISHERS' ASSOCIATION, INC.

ROYALTY RATE: STATUTORY
PLAYING TIME: 4 MINUTE(S) 13 SECOND(S)

D. ADDITIONAL PROVISIONS:

THE AUTHORITY HEREUNDER IS LIMITED TO THE MANUFACTURE AND DISTRIBUTION OF
PHONORECORDS SOLELY IN THE UNITED STATES, ITS TERRITORIES AND POSSESSIONS
AND NOT ELSEWHERE.

CREDIT: IN REGARD TO ALL PHONERECORDS MANUFACTURED, DISTRIBUTED AND/OR
SOLD HEREUNDER, YOU SHALL USE YOUR BEST EFFORTS TO INCLUDE IN THE LABEL
COPY OF ALL SUCH PHONORECORDS, OR ON THE PERMANENT CONTAINERS OF ALL
SUCH PHONORECORDS, PRINTED WRITER/PUBLISHER CREDIT IN THE FORM OF THE
NAMES OF THE WRITER(S) AND THE PUBLISHER(S) OF THE COPYRIGHTED WORK.

ALBUM: RYO1401
DATE OF RELEASE: December 2013     RECORD LABEL: Stellar Records

CONFIGURATION CODE: CD - COMPACT DISC (ALBUM)

E. GENERAL VARIATIONS OF COMPULSORY LICENSE PROVISION:

You have advised us, in our capacity as Agent for the Publisher(s) referred
to in (B) supra, that you wish to obtain a compulsory license to make and to
distribute phonorecords of the copyrighted work referred to in (A) supra,
under the compulsory license provision of Section 115 of the Copyright Act.

Upon your doing so, you shall have all the rights which are granted to,
and all the obligations which are imposed upon, users of said copyrighted
work under the compulsory license provision of the Copyright Act, after
phonorecords of the copyrighted work have been distributed to the public in
the United States under the authority of the copyright owner by another
person, except that with respect to phonorecords thereof made and distributed
hereunder:

PAGE: 2

*1187321936*

WCM 004792

Case 3:12-cv-00512   Document 100-3   Filed 10/01/14   Page 2 of 3 PageID #: 987

 The Harry Fox Agency Inc.

A SUBSIDIARY OF NATIONAL MUSIC PUBLISHERS ASSOCIATION, INC.   New York, NY 10005   F 212 953-2384   pubservices@harryfox.com

1. You shall pay royalties and account to us as Agent for and on behalf of said Publisher(s) quarterly, within forty-five days after the end of each calendar quarter, on the basis of phonorecords made and distributed;

2. For such phonorecords made and distributed, the royalty shall be the statutory rate in effect at the time the phonorecord is made, except as otherwise stated in (C) supra;

3. This compulsory license covers and is limited to one particular recording of said copyrighted work as performed by the artist and on the phonorecord number identified in (C) supra; and this compulsory license does not supersede nor in any way affect any prior agreements now in effect respecting phonorecords of said copyrighted work.

4. In the event that you fail to account to HFA and pay royalties as herein provided for, said Publisher(s) or his Agent may give written notice to you that, unless the default is remedied within 30 days from the date of the notice, this compulsory license will be automatically terminated. Such termination shall render either the making or the distribution, or both, of all phonorecords for which royalties have not been paid, actionable as acts of infringement under, and fully subject to the remedies provided by, the Copyright Act.

5. You need not serve or file the notice of intention to obtain a compulsory license required by the Copyright Act.

6. Additional provisions are reproduced under (D) supra.

PAGE: 3

| THE HARRY FOX AGENCY, INC. | STELLAR RECORDS |
|---|---|
| BY: _____ | SIGNED BY: Donna Melo |
|  | An Authorized Representative |
| Michael Simon | License Electronically Signed via HFA Online |
| President and CEO |  |
| *1187321936* |  |

WCM 004793